# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD GERMANY

NO. 2019 KW 1562

`JAN 2 1 2020

---

In Re:     Donald Germany, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 09-16-0105.

---

**BEFORE: McDONALD, McCLENDON, AND CHUTZ, JJ.**

    **WRIT NOT CONSIDERED.** See Uniform Rules of Louisiana Courts
of Appeal, Rule 4-5(A).

                        **JMM**
                        **PMc**
                        **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT